IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00326-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

30.    ERNEST RUSSELL WILLIAMS,
31.    ALICIA BARAY-DELEON,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant Alicia Baray-DeLeon's Motion to Allow Substitute Counsel to Appear on Behalf of Ms. Baray-DeLeon at the Scheduling Conference (sic) on Friday, October 15, 2010 [Docket No. 807]. The motion requests that counsel for co-defendant Ernest Russell Williams be allowed to stand in for Ms. Baray-DeLeon's counsel at the October 15, 2010 motions hearing. There is no indication in the motion, however, that Ms. Baray-DeLeon waives any conflict of interest between her and co-defendant Williams or that Mr. Williams waives any such conflict. Until the Court knows whether defendants have waived any such conflict, it cannot rule on defendant Baray-DeLeon's motion. Therefore, it is

    **ORDERED** that, on or before 5:00 p.m. on Wednesday, October 13, 2010, defendants Alicia Baray-DeLeon and Ernest Russell Williams shall file waivers of any conflict of interest to having counsel for Mr. Williams represent both of them at the October 15, 2010 motions hearing.

    DATED October 8, 2010.